**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Southern_____ District of ___New York___
                                    (State)

Case number (*if known*): _____ Chapter __11__

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Hurdl Inc. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Hurdl Enterprises, LLC<br>Hurdl |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 5 1 9 9 6 3 0 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 64     Bleeker St.<br>Number   Street | Number    Street |
| Suite 111 | P.O. Box |
| New York     NY     10012<br>City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York County<br>County | Number    Street |
| | City     State     ZIP Code |

**5. Debtor's website (URL)**    https://www.hurdl.com/

Debtor _____Hurdl Inc._____     Case number *(if known)*_____
　　　　　　　Name

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5182, 5191, 5418

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☒ A plan is being filed with this petition.

　　☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    <u>Hurdl Inc.</u>
Name

Case number (if known) _____

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.   District _____   When _____   Case number _____
                          MM / DD / YYYY

               District _____   When _____   Case number _____
                          MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes.   Debtor _____   Relationship _____

                District _____   When _____
                                       MM / DD / YYYY

                Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                             Number       Street

    _____

    _____
                City                          State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

                Contact name _____

                Phone _____

---

**Statistical and administrative information**

---

| Debtor | Hurdl Inc. | Case number (*if known*) |
|--------|------------|--------------------------|
|        | Name       |                          |

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/30/2020___
MM / DD / YYYY

✘ ___/s/ Joseph V. Pegnia___
Signature of authorized representative of debtor

___Joseph V. Pegnia___
Printed name

Title ___Chief Restructuring Officer___

Debtor     Hurdl Inc.                                              Case number (if known)
       Name

---

**18. Signature of attorney**     ✖   /s/ Joseph A. Pack       Date   11/30/2020

                                 Signature of attorney for debtor               MM  / DD  / YYYY

                     Joseph A. Pack
                Printed name

                     Pack Law, P.A.
                Firm name

                     777 Westchester Avenue, Suite 101
                Number      Street

                     White Plains                   New York       10604
                City                                 State        ZIP Code

                     212-949-9300                   joe@packlaw.com
                Contact phone                          Email address

                     4790432
                Bar number                          State

# RESOLUTIONS
# OF THE BOARD OF DIRECTORS
# OF HURDL INC.

November 29, 2020

The undersigned, being all of the Board of Directors of Hurdl Inc. (the "Board" or the "Directors"), a Delaware corporation (the "Company"), at a telephonic meeting held on November, 29, 2020 (the "Meeting"), do hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, a requisite number of the members of the Board, constituting a quorum, participated throughout the Meeting. After it was confirmed that the Meeting was duly convened (and each member of the Board waived any notice requirements in connection therewith), those participating could hear each other and a quorum of the Board was in attendance, the Meeting was called to order;

**WHEREAS**, the Board has considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the financial and legal advisors of the Company and assess the considerations related to the commencement of chapter 11 cases under title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the financial and legal advisors, and the Board recommends the adoption of these resolutions.

## Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, in light of the Company's current financial condition, after the Directors have investigated, discussed, and considered options for addressing the Company's financial challenges and, after consultation with the Company's advisors, the Directors have concluded that it is in the best interests the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code, and

**RESOLVED FURTHER**, that any officer of the Company, including the Chief Executive Officer, (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses; and

**RESOLVED FURTHER**, that the law firm of Pack Law, P.A. ("Pack Law")is hereby employed as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, subject to Bankruptcy Court approval; and

1

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and

**RESOLVED FURTHER** that the filing by the Company of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Company.

## Appointment of Chief Restructuring Officer

**WHEREAS**, the Directors, in consultation with the Company's professionals, have determined that it is desirable, fair, reasonable, and in the best interests of the Company to designate GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, by and through Joseph V. Pegnia, to serve as an officer of the Company in the position of CRO, effective as of the commencement of the Chapter 11 case;

**NOW, THEREFORE, BE IT RESOLVED**, GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, by and through Joseph V. Pegnia, is appointed to the position of CRO of the Company; and

**RESOLVED FURTHER**, that the CRO is hereby delegated the authority otherwise vested in the Chief Executive Officer and any other Authorized Officer, in consultation with the Authorized Officers, and where appropriate and consistent with the CRO's discharge of his fiduciary duties in consultation with the Authorized Officers, over implementation and prosecution of the Chapter 11 case, including causing the Company to enter into one or more restructuring transactions (each a "Restructuring Transaction"); and

**RESOLVED FURTHER**, that the CRO shall report to the Board for the purpose of performing the duties and responsibilities of a Chief Restructuring Officer and such other duties and responsibilities as may be determined by the Board to be reasonably related thereto; and

**RESOLVED FURTHER**, that the CRO, in consultation with the Authorized Officers, is hereby authorized and empowered, in the name of and on behalf of the Company, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of any Restructuring Transaction to which the Company is or will be a party, including, but not limited to, any restructuring support agreements, debtor-in-possession financing agreements, a Chapter 11 plan, a disclosure statement, and all exhibits and/or ancillary documents related thereto (collectively, the "Restructuring Documents"); and

2

**RESOLVED FURTHER**, that the CRO, in consultation with the Authorized Officers, is hereby authorized and empowered in the name of, and on behalf of, the Company to take any and all actions to (i) obtain Bankruptcy Court approval of the Restructuring Documents in connection with any Restructuring Transaction, and (ii) obtain Bankruptcy Court approval of any Restructuring Transaction; and

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any of the CRO, the Board, any committee of the Board, or the Authorized Officers in connection with the appointment and retention of the CRO, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

## Cash Collateral and Adequate Protection

**WHEREAS**, the Company is a party to that certain Business Loan Agreement dated March 15, 2019, with Pinnacle Bank ("Pinnacle") pursuant to which Pinnacle has made certain loans and financial accommodations to the Company; and

**WHEREAS**, the Company will obtain benefits from the use of collateral, including cash collateral as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for Pinnacle;

**NOW, THEREFORE, BE IT RESOLVED,** that in order to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, the Company will provide certain adequate protection to Pinnacle (the "Adequate Protection Obligations"), as documented in the proposed order regarding the use of cash collateral (the "Cash Collateral and DIP Financing Order") and submitted for approval to the Bankruptcy Court; and

**RESOLVED FURTHER**, that the Company, as debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Order; and

**RESOLVED FURTHER**, that the CRO be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company to seek approval of the use of Cash Collateral pursuant to the Cash Collateral and DIP Financing Order, and, the CRO be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, as necessary or advisable to implement the Cash Collateral and DIP Financing Order, including providing for adequate protection to Pinnacle in accordance with section 363 of the Bankruptcy Code, as well as any additional or further agreements for the use of cash collateral in connection with the Chapter 11 case, which agreement(s) may require the Company to grant adequate protection and security interests to Pinnacle and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as the CRO, in his absolute discretion approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and

**RESOLVED FURTHER,** that the CRO, and the Authorized Officers be, and hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to execute,

deliver, and file any amendments, supplements, modifications, renewals replacements, consolidations, substitutions, and extensions of the Cash Collateral and DIP Financing Order or to take any other action which shall in his/her or their absolute discretion be necessary, desirable, proper, or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by his execution thereof.

## General Resolutions

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the CRO and the Authorized Officers, each of the CRO and the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all members of the Board have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

[*SIGNATURE PAGE FOLLOWS*]

IN WITNESS WHEREOF, THE UNDERSIGNED DIRECTORS HAVE DULY EXECUTED THESE RESOLUTIONS AS OF THE DATE FIRST WRITTEN ABOVE.

Chuck Byrge: _____

Tom Kendrot: _____

Betsy Proctor _____

IN WITNESS WHEREOF, THE UNDERSIGNED DIRECTORS HAVE DULY EXECUTED THESE RESOLUTIONS AS OF THE DATE FIRST WRITTEN ABOVE.


Chuck Byrge: _____

Tom Kendrot: ___*Tom kendrot*_____

Betsy Proctor _____

5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Hurdl Inc., | ) |
| | ) Case No. __-___( ) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SHAREHOLDERS[1]

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| T. Powell Hedley | PO Box 331133<br>Nashville, TN 37203 | 9.24% |
| Benny Brown | 4338 N. Chapel Road<br>Franklin, TN 37067 | 9.27% |
| Steve Forde | 809 Breckston Lane<br>Nashville, TN 37221 | 8.88% |
| Betsy Proctor | 4113 Colorado Avenue<br>Nashville, TN 37209 | 8.01% |
| Barlow Capital, LLC | 1804 Williamson Court, #107<br>Brentwood, TN 37027 | 5.12% |

---

[1] This list reflects the holders of five percent or more of the Debtor's voting stock. This list serves as the disclosure required to be made by the Debtor pursuant to Rule 1007 of the Federal Rules of bankruptcy Procedure. All equity positions listed as of the date of the commencement of the chapter 11 case.

**Fill in this information to identify the case and this filing:**

Debtor Name _____ Hurdl Inc. _____

United States Bankruptcy Court for the: ___Southern_____ District of __NY____
(State)

Case number (*If known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/30/2020___           ✖ _/s/ Joseph V. Pegnia_____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        _Joseph V. Pegnia_____
                                        Printed name

                                        _Chief Restructuring Officer_____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Hurdl Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $_____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Pinnacle Bank | Checking - Business | ___ ___ ___ ___ | $ 4,421.80 |
| 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 4,421.80

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Lease deposit at 611 Broadway, Suite 611, New York , NY 10012 | $ 9,654.20 |
| 7.2. _____ | $_____ |

Debtor _____Hurdl Inc._____    Case number *(if known)*_____
                        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**                                                        $    9,654.20

Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:  _____  –  _____  = ....➔    $_____
                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    _____  –  _____  = ....➔    $_____
                          face amount            doubtful or uncollectible accounts

12. **Total of Part 3**                                                        $_____

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**                                                        $_____

Add lines 14 through 16. Copy the total to line 83.

Debtor _____   Case number *(if known)*_____
    Name

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| electronic wristbands | 06/26/2020 MM / DD / YYYY | $  462,271 | book value | $  462,271 |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$  462,271

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____   Case number *(if known)* _____
　　　　　Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:　Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known)_____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ 813 | book value | $ 813 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 813

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor _____    Case number *(if known)* _____
        Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  64 Bleacker St., New York, NY 10012 | leasehold | $ 0 | current market value | $ 0 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**                                                                                            $ 0

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☒ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patent No. US 10,499201 B2 and TM No. 87107769 | $ 7,453 | book value | $ 7,453 |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**                                                                                          $ 7,453

    Add lines 60 through 65. Copy the total to line 89.

---

Debtor _____    Case number *(if known)*_____
          Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔  $_____
                              Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim        _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim        _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $___0*_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

*Value of potential assets too speculative to estimate.

Debtor _____Hurdl Inc._____   Case number (if known)_____
 　　　　　Name

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 4,421.80 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 9,654.20 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 462,271 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 813 | |
| 88. **Real property.** Copy line 56, Part 9. .................................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 7,453 | |
| 90. **All other assets.** Copy line 78, Part 11. | ✚ $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 484,613 | ✚ 91b. $ 484,613 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. | $ 484,613 |

---

**Fill in this information to identify the case:**

Debtor name ___HUrdl Inc.___

United States Bankruptcy Court for the: ___Southern___  District of ___New York___
                                                                                (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| ___Pinnacle Bank___ | ___All assets of the Debtor___ | $   3,019,653.13 | $   484,613 |

Creditor's mailing address

___150 Third Avenue South, Suite 900___
___Nashville, TN 37201___

**Describe the lien**
_____

Creditor's email address, if known
___Scott.Hatcher@PNFP.COM___

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Two Bulls LLC | ___Certain Intellectual Property___ | $   123,100.00 | $  0 |

Creditor's mailing address
___55 Washington Street, Suite 260___
___Brooklyn, NY 11201___

**Describe the lien**
_____

Creditor's email address, if known
___noah@twobulls.com___

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
       ___1 - Two Bulls___
       ___2 - Pinnacle Bank___
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $  3,142,753.13

| Fill in this information to identify the case: |
| --- |

Debtor _____ Hurdl Inc. _____

United States Bankruptcy Court for the: ____ Southern ____ District of ___ New York ___
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | **Priority creditor's name and mailing address**
Byrge, Sherry
101 Gillespie Drive, Apt 11107
Franklin TN 37067

**As of the petition filing date, the claim is:** $ 2,450.76     $ 2,450.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Sept. 2020 - Nov. 2020

**Basis for the claim:**
wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

**2.2** | **Priority creditor's name and mailing address**
Carson, Bill
5 Bush Court
Princeton Junction, NJ 08550-2139

**As of the petition filing date, the claim is:** $ 8,550.00     $ 8,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Sept. 2020 - Nov. 2020

**Basis for the claim:**
wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

**2.3** | **Priority creditor's name and mailing address**
Snyder, Tim
125 Highland Ave
Jersey City, NJ 7306

**As of the petition filing date, the claim is:** $ 8,550.00     $ 8,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Sept. 2020 - Nov. 2020

**Basis for the claim:**
wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

Debtor _____ Hurdl Inc. _____   Case number _(if known)_ _____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
   See Annex 1 to Schedule E/F attached.
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 19,550.76 |
| 5b. **Total claims from Part 2** | 5b. | **+** $ | 1,715,373.24 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,734,924.24 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Hurdl Inc., | ) |
| | ) Case No. __-___( ) |
| | ) |
| Debtor. | ) |
| | ) |

## ANNEX 1 TO SCHEDULE E/F (Alphabetical)

| No. | Name | Address | Amount of Claim | Basis for Claim | Contingent, Unliquidated, or Disputed? | Setoff? |
|---|---|---|---|---|---|---|
| 1 | Baker Donelson | 211 Commerce Street, Suite 800, Nashville, TN 37201 | $16,546.00 | Operational Goods and Services | | |
| 2 | Barlow Capital, LLC | 1804 Williamson Court, #107, Brentwood, TN 37027 | $76,693.15 | Bridge Loan | | |
| 3 | Bart Family, LLC | 421 Ellendale Avenue, Nashville, TN 37208 | $38,328.77 | Bridge Loan | | |
| 4 | Benny Brown | 4338 N. Chapel Road, Franklin, TN 37067 | $80,433.30 | Bridge Loan | | |
| 5 | Betsy McHugh Proctor | 4113 Colorado Avenue, Nashville, TN 37209 | $52,083.00 | Comp-ensation Agreement | | |
| 6 | Bradley Arant Boult Cummings | 1600 Division Street, Suite 700, Nashville, TN 37203 | $45,078.91 | Operational Goods and Services | | |
| 7 | Brendan Justice | 1433 72nd Street, Apt 5, Brooklyn, NY 11228 | $20,000.00 | Operational Goods and Services | | |
| 8 | Caden Family Trust 2015 | 4 Wynstone, Nashville, TN 37215 | $5,130.01 | Bridge Loan | | |
| 10 | Charles Byrge | 2020B Galbraith Drive, Nashville, TN 37215 | $6,700.49 | Bridge Loan | | |

1

| No. | Name | Address | Amount of Claim | Basis for Claim | Contingent, Unliquidated, or Disputed? | Setoff ? |
|---|---|---|---|---|---|---|
| 11 | David B. Dunn | 408 Ellendale Avenue, Nashville, TN 37205 | $4,658.25 | Bridge Loan | | |
| 12 | Edward G. Grindstaff, Sr. | 6210 Belle Rive Drive, Brentwood, TN 37027 | $15,221.36 | Bridge Loan | | |
| 13 | Enabling Founders LLC | 33 Century Blvd, Suite 766, Millerton, NY 12546 | $125,000.00 | Operational Goods and Services | | |
| 14 | Endeavor | 9601 Wilshire Blvd., Beverly Hills, CA 90210 | $270,000.00 | Operational Goods and Services | | Yes |
| 15 | Faulkner Mackie | 3100 West End Avenue, Suite 700, Nashville, TN 37203 | $18,930.00 | Operational Goods and Services | | |
| 16 | Golden Road Entertainment | 12 Victoria Road, Ardsley, NY 10502 | $1,250.00 | Operational Goods and Services | | |
| 17 | Gotham United Ventures LLC | 298 Highland Avenue, Glen Rock, NJ 7452 | $11,372.82 | Bridge Loan | | |
| 18 | GRA LLC | 101 Ransom Avenue, Nashville, TN 37205 | $9,949.77 | Bridge Loan | | |
| 19 | Ho Made Media | 185 Hall Street, Apt. 1609, Brooklyn, NY 11205 | $50,000.00 | Operational Goods and Services | | |
| 20 | Janet L. Ramusack | 4101 Old Adobe Road, Palo Alto, CA 94306 | $1,738.03 | Bridge Loan | | |
| 21 | Janet Levine | 4101 Old Adobe Road, Palo Alto, CA 94306 | $12,000.00 | Operational Goods and Services | | |
| 22 | John B Saltsman Jr | 6221 Brownlee Drive, Nashville, TN 37205 | $7,906.74 | Bridge Loan | | |
| 23 | Lark Group/Mark Lojek | 300 Ashland Place, Apt. 24T, Brooklyn, NY 11217 | $4,625.00 | Operational Goods and Services | | |

| No. | Name | Address | Amount of Claim | Basis for Claim | Contingent, Unliquidated, or Disputed? | Setoff? |
|---|---|---|---|---|---|---|
| 24 | Loeb & Loeb LLP | 35 Music Square East, Suite 310, Nashville, TN 37203 | $6,463.50 | Operational Goods and Services | | |
| 25 | M.D. Carlisle Realty / Cable Building | 611 Broadway, New York, NY 10012 | $4,584.10 | Operational Goods and Services | | |
| 26 | Michael Tudeen | 9425 Weatherly Drive, Brentwood, TN 37027 | $37,600.55 | Bridge Loan | | |
| 27 | MSP Sports LLC/Tim McGhee | 11 Montrose Avenue, Summit, NJ 07901 | $10,500.00 | Operational Goods and Services | | |
| 28 | Nemean Advisory, LLC | 102 W 71 Street, Apt 2A, New York, NY 10023 | $62,500.00 | Operational Goods and Services | Disputed | |
| 29 | OTD Ventures LLC | 33 Century Blvd, Suite 766, Millerton, NY 12546 | $38,323.29 | Bridge Loan | | |
| 30 | Perkins Coie | 1155 Avenue of the Americas, 22nd Floor, New York, NY 10036-2711 | $81,680.50 | Operational Goods and Services | | |
| 31 | Randy Ramusack | 33 Century Blvd, Suite 766, Millerton, NY 12546 | $125,000.00 | Contracted Advisory Services | | |
| 32 | Span Digital, LLC | 333 Bryant Street, Suite 110, San Francisco, CA 94107 | $36,000.00 | Operational Goods and Services | | |
| 33 | Strat VC Investor LLC | 292 Lafayette Street, 2E, New York, NY 10012 | $9,307.59 | Bridge Loan | | |
| 34 | T. Powell Hedley | PO Box 331133, Nashville, TN 37203 | $81,098.64 | Bridge Loan | | |
| 35 | Thomas Kendrot | 413 Ellendale Avenue, Franklin, TN 37205 | $76,657.53 | Bridge Loan | | |
| 36 | Tim Snyder | 125 Highland Ave, Jersey City, NJ 7306 | $4,023.66 | Bridge Loan | | |

3

| No. | Name | Address | Amount of Claim | Basis for Claim | Contingent, Unliquidated, or Disputed? | Setoff? |
|---|---|---|---|---|---|---|
| 37 | Twilio | 375 Beale Street, Suite 300, San Francisco, CA 94105 | $13,130.06 | Operational Goods and Services | | |
| 38 | U.S. Small Business Administration | 409 3rd St, SW. Washington DC 20416 | $59,945.00 | Paycheck Protection Program | | |
| 39 | Walston Capital, LLC | 4113 Colorado Avenue, Nashville, TN 37209 | $7,276.91 | Bridge Loan | | |
| 40 | Well Group Products | 1101 Little School Road Arlington, TX 76017 | $182,162.81 | Operational Goods and Services | | |
| 41 | Workman Nydegger | 60 East South Temple, Suite 1000, Salt Lake City, UT 84111 | $5,473.50 | Operational Goods and Services | | |
| | Total | | **$1,715,373.24** | | | |

## **ANNEX 1 TO SCHEDULE E/F (By Claim Amount)**

| No. | Name | Address | Amount of Claim | Basis for Claim | Contingent, Unliquidated, or Disputed? | Setoff? |
|---|---|---|---|---|---|---|
| 14 | Endeavor | 9601 Wilshire Blvd., Beverly Hills, CA 90210 | $270,000.00 | Operational Goods and Services | | Yes |
| 40 | Well Group Products | 1101 Little School Road Arlington, TX 76017 | $182,162.81 | Operational Goods and Services | | |
| 13 | Enabling Founders LLC | 33 Century Blvd, Suite 766, Millerton, NY 12546 | $125,000.00 | Operational Goods and Services | | |
| 31 | Randy Ramusack | 33 Century Blvd, Suite 766, Millerton, NY 12546 | $125,000.00 | Contracted Advisory Services | | |
| 30 | Perkins Coie | 1155 Avenue of the Americas, 22nd Floor, New York, NY 10036-2711 | $81,680.50 | Operational Goods and Services | | |

4

| No. | Name | Address | Amount of Claim | Basis for Claim | Contingent, Unliquidated, or Disputed? | Setoff ? |
|---|---|---|---|---|---|---|
| 34 | T. Powell Hedley | PO Box 331133, Nashville, TN 37203 | $81,098.64 | Bridge Loan | | |
| 4 | Benny Brown | 4338 N. Chapel Road, Franklin, TN 37067 | $80,433.30 | Bridge Loan | | |
| 2 | Barlow Capital, LLC | 1804 Williamson Court, #107, Brentwood, TN 37027 | $76,693.15 | Bridge Loan | | |
| 35 | Thomas Kendrot | 413 Ellendale Avenue, Franklin, TN 37205 | $76,657.53 | Bridge Loan | | |
| 28 | Nemean Advisory, LLC | 102 W 71 Street, Apt 2A, New York, NY 10023 | $62,500.00 | Operational Goods and Services | Disputed | |
| 38 | U.S. Small Business Administration | 409 3rd St, SW. Washington DC 20416 | $59,945.00 | Paycheck Protection Program | | |
| 5 | Betsy McHugh Proctor | 4113 Colorado Avenue, Nashville, TN 37209 | $52,083.00 | Comp-ensation Agreement | | |
| 19 | Ho Made Media | 185 Hall Street, Apt. 1609, Brooklyn, NY 11205 | $50,000.00 | Operational Goods and Services | | |
| 6 | Bradley Arant Boult Cummings | 1600 Division Street, Suite 700, Nashville, TN 37203 | $45,078.91 | Operational Goods and Services | | |
| 3 | Bart Family, LLC | 421 Ellendale Avenue, Nashville, TN 37208 | $38,328.77 | Bridge Loan | | |
| 29 | OTD Ventures LLC | 33 Century Blvd, Suite 766, Millerton, NY 12546 | $38,323.29 | Bridge Loan | | |
| 26 | Michael Tudeen | 9425 Weatherly Drive, Brentwood, TN 37027 | $37,600.55 | Bridge Loan | | |
| 32 | Span Digital, LLC | 333 Bryant Street, Suite 110, San Francisco, CA 94107 | $36,000.00 | Operational Goods and Services | | |

| No. | Name | Address | Amount of Claim | Basis for Claim | Contingent, Unliquidated, or Disputed? | Setoff? |
|---|---|---|---|---|---|---|
| 7 | Brendan Justice | 1433 72nd Street, Apt 5, Brooklyn, NY 11228 | $20,000.00 | Operational Goods and Services | | |
| 15 | Faulkner Mackie | 3100 West End Avenue, Suite 700, Nashville, TN 37203 | $18,930.00 | Operational Goods and Services | | |
| 1 | Baker Donelson | 211 Commerce Street, Suite 800, Nashville, TN 37201 | $16,546.00 | Operational Goods and Services | | |
| 12 | Edward G. Grindstaff, Sr. | 6210 Belle Rive Drive, Brentwood, TN 37027 | $15,221.36 | Bridge Loan | | |
| 37 | Twilio | 375 Beale Street, Suite 300, San Francisco, CA 94105 | $13,130.06 | Operational Goods and Services | | |
| 21 | Janet Levine | 4101 Old Adobe Road, Palo Alto, CA 94306 | $12,000.00 | Operational Goods and Services | | |
| 17 | Gotham United Ventures LLC | 298 Highland Avenue, Glen Rock, NJ 7452 | $11,372.82 | Bridge Loan | | |
| 27 | MSP Sports LLC/Tim McGhee | 11 Montrose Avenue, Summit, NJ 07901 | $10,500.00 | Operational Goods and Services | | |
| 18 | GRA LLC | 101 Ransom Avenue, Nashville, TN 37205 | $9,949.77 | Bridge Loan | | |
| 33 | Strat VC Investor LLC | 292 Lafayette Street, 2E, New York, NY 10012 | $9,307.59 | Bridge Loan | | |
| 22 | John B Saltsman Jr | 6221 Brownlee Drive, Nashville, TN 37205 | $7,906.74 | Bridge Loan | | |
| 39 | Walston Capital, LLC | 4113 Colorado Avenue, Nashville, TN 37209 | $7,276.91 | Bridge Loan | | |
| 10 | Charles Byrge | 2020B Galbraith Drive, Nashville, TN 37215 | $6,700.49 | Bridge Loan | | |

| No. | Name | Address | Amount of Claim | Basis for Claim | Contingent, Unliquidated, or Disputed? | Setoff ? |
|-----|------|---------|-----------------|-----------------|----------------------------------------|----------|
| 24 | Loeb & Loeb LLP | 35 Music Square East, Suite 310, Nashville, TN 37203 | $6,463.50 | Operational Goods and Services | | |
| 41 | Workman Nydegger | 60 East South Temple, Suite 1000, Salt Lake City, UT 84111 | $5,473.50 | Operational Goods and Services | | |
| 8 | Caden Family Trust 2015 | 4 Wynstone, Nashville, TN 37215 | $5,130.01 | Bridge Loan | | |
| 11 | David B. Dunn | 408 Ellendale Avenue, Nashville, TN 37205 | $4,658.25 | Bridge Loan | | |
| 23 | Lark Group/Mark Lojek | 300 Ashland Place, Apt. 24T, Brooklyn, NY 11217 | $4,625.00 | Operational Goods and Services | | |
| 25 | M.D. Carlisle Realty / Cable Building | 611 Broadway, New York, NY 10012 | $4,584.10 | Operational Goods and Services | | |
| 36 | Tim Snyder | 125 Highland Ave, Jersey City, NJ 7306 | $4,023.66 | Bridge Loan | | |
| 20 | Janet L. Ramusack | 4101 Old Adobe Road, Palo Alto, CA 94306 | $1,738.03 | Bridge Loan | | |
| 16 | Golden Road Entertainment | 12 Victoria Road, Ardsley, NY 10502 | $1,250.00 | Operational Goods and Services | | |
| | Total | | **$1,715,373.24** | | | |

**Fill in this information to identify the case:**

Debtor name ___Hurdl Inc.___

United States Bankruptcy Court for the: ___Southern___   District of ___New York___
(State)

Case number (If known): _____   Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br> Inventory Provider <br><br> State the term remaining <br> List the contract number of any government contract | Well Group Products <br> 1101 Little School Road <br> Arlington, TX 76017 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br> IP Licensor <br><br> State the term remaining <br> List the contract number of any government contract | Two Bulls, LLC <br> 55 Washington Street, Suite 260 <br> Brooklyn, NY 11201 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br> SMS Provider <br><br> State the term remaining <br> List the contract number of any government contract | Twilio Inc. <br> 375 Beale Street, Suite 300 <br> San Francisco, CA 94105 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br> Bleeker St. Leasehold <br><br> State the term remaining <br> List the contract number of any government contract | The UPS Store <br> 64 Bleeker St. <br> New York, NY 10012 |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Hurdl Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 See Annex 1 to Schedule H attached. | Street <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| Hurdl Inc., | ) |
| | ) |
| | ) Case No. __-___( ) |
| | ) |
| Debtor. | ) |
| | ) |

## ANNEX 1 TO SCHEDULE H

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Schedule** |
| Benny Brown | 4338 N. Chapel Road Franklin, TN 37067 | Pinnacle Bank | D |
| Thomas Kendrot | 413 Ellendale Ave. Franklin, TN 37205 | Pinnacle Bank | D |
| Bart Family, LLC (David Bartholomew) | 418 Ellendale Ave. Nashville, TN 37205 | Pinnacle Bank | D |
| T. Powell Hedley | PO Box 331133 Nashville, TN 37203 | Pinnacle Bank | D |
| Barlow Capital, LLC (Austin Pennington) | 1804 Williamson Ct., #107 Brentwood, TN 37027 | Pinnacle Bank | D |
| Michael Tudeen | 9425 Weatherly Drive Brentwood, TN 37027 | Pinnacle Bank | D |
| Edward G. Grindstaff, Sr. | 6210 Belle Rive Drive Brentwood, TN 37027 | Pinnacle Bank | D |
| Tim Snyder | 125 Highland Ave Jersey City, NJ 7306 | Pinnacle Bank | D |
| Charles Kirby | 1106 Belle Meade Blvd. Nashville, TN 37205 | Pinnacle Bank | D |
| Suwyn Investments LLC | 26291 Woodlyn Drive Bonita Springs, FL 34134 | Pinnacle Bank | D |
| Lisa Scheiring | 102 W 71 St., Apt. 2A New York, NY 10023 | Pinnacle Bank | D |
| Randall Ramusack | 33 Century Blvd, Suite 766 Millerton, NY 12546 | Pinnacle Bank | D |

**Fill in this information to identify the case:**

Debtor name _____Hurdl Inc._____ _____ _____ _____ _____ _____ _____ _____ _

United States Bankruptcy Court for the: _____Southern_____ District of __New York__
(State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................

        $ _0_____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................

        $ __484,613_____

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................

        $ __484,613_____

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................................

        $ __3,142.753.13__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

        $ __19,550.76_____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

        + $ __1,715,373.24__

4. **Total liabilities**....................................................................................................................................
    Lines 2 + 3a + 3b

        $ __4,877,677.13__